UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO. 1:21-cv-04302

SHAWANNA TOWNSEND,
individually and on behalf of all,
others similarly situated,

          **CLASS ACTION**

   Plaintiff,

          **JURY TRIAL DEMANDED**

v.

FIRST MARSHALL AUTO SALES, LLC,

   Defendant.
_____/

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

    Plaintiff Shawanna Townsend and Defendant First Marshall Auto Sales, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear their own costs and attorney's fees.

Date: November 18, 2021

          Respectfully submitted,

          **HIRALDO P.A.**
          401 E. Las Olas Boulevard, Suite 1400
          Ft. Lauderdale, Florida 33301

          */s/ Manuel S. Hiraldo*
          Manuel S. Hiraldo
          Florida Bar No. 030380
          Email: mhiraldo@hiraldolaw.com
          Telephone: 954.400.4713
          *Counsel for Plaintiff*

HINSHAW & CULBERTSON LLP

*/s/John P. Ryan*
John P. Ryan
Jennifer Weller
Hinshaw & Culbertson, LLP
151 N. Franklin St., Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Fax: (312) 704-3001
jryan@hinshawlaw.com
jweller@hinshawlaw.com