# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shawanna Townsend

                            Plaintiff,

v.                                                     Case No.: 1:21−cv−04302
                                                     Honorable Martha M. Pacold

First Marshall Auto Sales, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 19, 2021:

       MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation for Dismissal [21], Plaintiff's claims are hereby dismissed without prejudice, and all claims of the putative class members are dismissed without prejudice. Each party shall bear their own costs and attorney's fees.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.