# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shawanna Townsend

                    Plaintiff,

v.                                                 Case No.: 1:21−cv−04302
                                                      Honorable Martha M. Pacold

First Marshall Auto Sales, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 19, 2021:

      MINUTE entry before the Honorable Beth W. Jantz: In light of minute entry [22], all matters relating to the referral being completed, the referral is closed and Magistrate Judge Beth W. Jantz is no longer on the case. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.